IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TETI AMUN RA-BEY | : CIVIL ACTION |
|---|---|
| v. | : NO. 20-648 |
| TIMIKA LANE, *et al.* | : |

## ORDER

**AND NOW**, this 11th day of March 2020, upon considering Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1), Prisoner Trust Fund Account Statement (ECF Doc. No. 3), Notice to Proceed In Sui Juris Status (ECF Doc. No. 5), *pro se* Complaint (ECF No. 2), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED** under 28 U.S.C. § 1915;

2. Teti Amun Ra-Bey, # 1060385, shall pay the full filing fee of $350 in installments under 28 U.S.C. § 1915(b), regardless of the outcome of this case. We direct the Warden of Curran-Fromhold Correctional Facility or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Mr. Ra-Bey's inmate account; or (b) the average monthly balance in Mr. Ra-Bey's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed under this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Mr. Ra-Bey's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited

to Mr. Ra-Bey's inmate account until the fees are paid. Each payment shall refer to the docket number for this case;

3. The Clerk of Court is directed to **SEND** a copy of this Order to the Warden of Curran-Fromhold Correctional Facility;

4. The Complaint (ECF Doc. No. 2) is **DEEMED** filed;

5. Plaintiff's Complaint (ECF Doc. No. 2) is **DISMISSED with prejudice** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii); and,

6. The Clerk of Court shall **close** this case.

KEARNEY, J.